### FOSTER *v.* THE STATE, 31 Miss. Rep., 421.

#### UNLAWFULLLY TRADING WITH SLAVES.

The record should show affirmatively that the grand jury who found the indictment was duly sworn. The formal statement in the indictment itself, that they were sworn, is insufficient.

Error to Madison circuit court. HENRY, J.

No counsel appeared for plaintiff in error.

*D. C. Glenn*, attorney general.

FISHER, J.:

The plaintiff in error was indicted in the circuit court of Madison county, under the statute of 1850, to suppress trade and barter with slaves, and for other purposes, and was convicted on his trial in the court below.

On looking into the record, we deem it unnecessary to decide the points made by the attorney-general, on behalf of the state, in argument at the bar, as it does not appear by the record, that the grand jury, who found the indictment, were in any manner sworn to inquire in and for the body of the county of Madison.[1]

This is not now an open question in this court.

Judgment reversed and cause remanded.

[1] The caption of the indictment must show that the grand jury were sworn. Archbold Cr. Pr. & Pl., 257; Jerry v. State, 1 Blackf., 395; Curtis v. People, 1 Breese, 197; Hoffman v. Commonwealth, 6 Rand., 685; People v. Guernsey, 3 Johns. C., 265; Woodsides v. State, 2 How., 655; State v. Fields, Peck, 140; State v. Hunter, ib., 166.